| | | |
|---|---|---|
| People v Rivera (Jesus) | App Term, 1st Dept: 53 Misc 3d 150(A) (NY) | denied 2/22/17 (Abdus-Salaam, J.) |
| People v Rizzo | 1st Dept: 144 AD3d 489 (NY) | denied 2/28/17 (Stein, J.) |
| People v Roberts (Cypress) | 2d Dept: 145 AD3d 742 (Suffolk) | denied 2/23/17 (Stein, J.) |
| People v Roberts (Derrick) | 2d Dept: 145 AD3d 742 (Suffolk) | denied 2/23/17 (Stein, J.) |
| People v Rodriguez (Edwin) | 2d Dept: 144 AD3d 950 (Suffolk) | denied 2/16/17 (Rivera, J.) |
| People v Rodriguez (Edwin) | 1st Dept: 144 AD3d 498 (NY) | denied 2/21/17 (Garcia, J.) |
| People v Rodriguez (Gabriel) | County Ct, 7/18/16 (Albany) | denied 2/21/17 (Garcia, J.) |
| People v Rodriguez (Jose) | 1st Dept: 144 AD3d 554 (Bronx) | denied 2/16/17 (Rivera, J.) |
| People v Rodriguez (Ricardo) | 1st Dept: 145 AD3d 529 (NY) | denied 2/21/17 (Garcia, J.) |
| People v Rolle | App Div, 1st Dept: 2016 NY Slip Op 90957(U) (NY) | denied 2/16/17 (Rivera, J.) |
| People v Ross | App Term, 1st Dept: 53 Misc 3d 143(A) (NY) | denied 2/22/17 (Abdus-Salaam, J.) |
| People v Ruiz (Randy) | 1st Dept: 146 AD3d 417 (Bronx) | denied 2/21/17 (Stein, J.) |
| People v Ruiz (Vladimir) | 1st Dept: 146 AD3d 417 (Bronx) | denied 2/21/17 (Stein, J.) |
| People v Rush (Basheem) | App Div, 2d Dept: 2016 NY Slip Op 84156(U) (Kings) | denied reconsideration 2/28/17 (DiFiore, Ch. J.) |
| People v Rush (Biggie) | App Div, 2d Dept: 2016 NY Slip Op 84156(U) (Kings) | denied reconsideration 2/28/17 (DiFiore, Ch. J.) |
| People v Sabater | 2d Dept: 144 AD3d 950 (Westchester) | denied 2/23/17 (Fahey, J.) |
| People v Saddler (Jerry) | 4th Dept: 144 AD3d 1520 (Cayuga) | denied 2/15/17 (Abdus-Salaam, J.) (Appeal No. 1) |
| People v Saddler (Jerry) | 4th Dept: 144 AD3d 1526 (Cayuga) | denied 2/15/17 (Abdus-Salaam, J.) (Appeal No. 2) |
| People v Scott | 2d Dept: 144 AD3d 846 (Kings) | denied 2/15/17 (Garcia, J.) |
| People v Sears | 2d Dept: 144 AD3d 1056 (Richmond) | denied 2/16/17 (Rivera, J.) |
| People v Simmons | 1st Dept: 145 AD3d 501 (NY) | denied 2/24/17 (DiFiore, Ch. J.) |